812 A.2d 1106

MARGARET CARALUZZO, PLAINTIFF–RESPONDENT,
v. CHARLES W. MONTFORD, DEFENDANT–
PETITIONER.

November 6, 2002.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Estate of Arthur J. Roccamonte*, 174 *N.J.* 381, 808 *A.2d* 838 (2002).

812 A.2d 1106

JOSE SANTIAGO, PETITIONER–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

November 15, 2002.

Certification is granted and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.